UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOROTHY S. WALTMAN,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C11-5008 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge.  Dkt. 14.  The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    The administrative decision is **AFFIRMED**;

(3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 7th day of November, 2011.

                                    ROBERT J. BRYAN
                                    United States District Judge

ORDER - 1